Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Mohamad Ali MAKKI  Reg# 31776-039 )
MORGANTOWN-Federal Correctional Institution )
P.O.BOX 1 0 0 0 )
MORGANTOWN, WV 26507 , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
Petitioner, )
vs. )
)
Melissa J. Bayless , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
Respondent. )
_____ )

**Petition for Habeas Corpus**
**Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23 cv 74
(to be assigned by Clerk)

Groh
Trumble
Sims

FILED

MAR 16 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Important notes to read before completing this form:**

★     Please read the entire petition **before** filling it out. Answer **only** those questions
      which pertain to your claim(s).

1.    This petition concerns (check the appropriate box):

      ☐   a conviction
      ☐   a sentence
      ☐   jail or prison conditions
      ☐   prison disciplinary proceedings
      ☐   a parole problem
      ☒   other, state briefly:  BOP Failure to Use the Correct Time Credit Factor (15 Days / 30 Days).
          BOP Failure to Calculate and Apply the Correct Amount of FSA Time Credits (FTCs).

**Attachment A**

BOP Failure to provide the Correct Projected Release Date per FSA-2018.
BOP Failure to timely comply with FSA-2018 & Second Chance Act 2008.
BOP Failure to comply with Equal Protection Clause in RRC/HC placement referrals.

2.    Are you represented by counsel?    ☐ Yes    ☒ No

If you answered yes, list your counsel's name and address: _____

_____

_____

3.    List the name and location of the court which imposed your sentence:

    United States District Court for the Eastern District of Michigan- Southern Division

    Detroit, MI

4.    List the case number, if known: _____

5.    List the nature of the offense for which the sentence was imposed:

    Consp. Health Care Fraud

6.    List the date each sentence was imposed and the terms of the sentence:

    1/13/2022  - 77 Months + 18 Months Supervised Release

7.    What was your plea to each count? (Check one)

    ☒    Guilty
    ☐    Not Guilty
    ☐    Nolo Contendere

**Attachment A**

8.      If you were found guilty after a plea of not guilty, how was that finding made?

      ☐    A jury
      ☐    A Judge without a jury
      ☐    A Magistrate Judge without a jury

9.      Did you appeal from the judgment of conviction or imposition of the sentence?

      ☐    Yes      ☒    No

10.     If you did appeal, give the following information for each appeal:

A.      Name of Court: _____
B.      Result: _____
C.      Date of Result: _____
D.      Grounds raised (List each one): _____
      _____
      _____
      _____
      _____
      _____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11.     Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

      ☐    Yes      ☒    No

If your answer was yes, complete the following sections:

A.      First post-conviction proceeding:
      1.      Name of Court: _____

**Attachment A**

      2.     Nature of Proceeding: _____

      3.     Grounds Raised: _____

      4.     Did you receive an evidentiary hearing ?  ☐ Yes    ☐ No

      5.     Result: _____

      6.     Date of Result: _____

  B.     Second post-conviction proceeding:

      1.     Name of Court: _____

      2.     Nature of Proceeding: _____

      3.     Grounds Raised: _____

      4.     Did you receive an evidentiary hearing ?☐ Yes    ☐ No

      5.     Result: _____

      6.     Date of Result: _____

  C.     Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

      1.     First proceeding:  ☐ Yes  ☐ No  Result: _____

      2.     Second proceeding: ☐ Yes  ☐ No  Result: _____

  D.     If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

      _____

      _____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A.     U.S. Parole Commission unlawfully revoked my parole.

  B.     Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E.    There is an unlawful detainer lodged against me.

F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.    Ground one:

BOP violates FSA-2018, Specifically, Section 3632(d)(4)(A)(ii), which clearly states:"A Prisoner determined by the BOP to be at ' Minimum or Low ' Risk of Recidivating, who, over two consecutive Assessments has NOT increased Risk of Recidivism, Shall Earn Additional 5 Days of FSA Time Credits for EVERY 30 Days of successful programming or Productive Activity." BOP deprived Petitioner his Additional 5 FTCs Days, even when he was 'Low or Minimum Risk.'

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

Petitioner arrived at FCI-Morgantown on February 28, 2022. Petitioner had his First Assessment on March 23,2022 (EXH-**FF**), and on September 8, 2022 Petitioner had his Second Consecutive Assessment (EXH-**G**). Petitioner had his Third Assessment on February 23, 2023 (EXH-**H,H**). For some Unknown reason, the BOP wants to knowingly and fraudulently treat Petitioner's Third Assessment as his Second Consecutive Assessment. BOP also wants to convince Petitioner that even when he was 'Low or Minimum' Risk, he will only receive 10 FTCs Days for Every 30 Days.

B.    Ground two:

**Attachment A**

BOP is depriving Inmates the right to use FTCs Days in excess of 365 Days toward additional placement time in RRC/HC. BOP is doing exactly the opposite of what 3624(c) (1) & (2) calls for, by recommending lowest possible period of placement in RRC/HC. BOP also tend to coerce inmates into signing to Less Time in RRC/HC, by forcing inmate to forfeit their earned FTCs instead of using these FTCs in Addition to RRC/HC recommended time.

## Supporting facts:

when BOP is placing inmates in RRC / HC, it is not violating Second Chance Act of 2008 only , in addition BOP is violating the Equal Protection Clause of the Fourteenth Amendment where BOP is using Factors such as Race, Color, Ethnicity, and religion to discriminate in the Amount of RRC/HC placement period. Some inmates with 60-100 Months sentences are receiving only 150-210 Days of RRC/HC placements, while inmates with 36 - 60 Months sentences receiving 270-365 Days of RRC/HC, only based on discrimination and preferential treatment.

## C.    Ground three:

BOP completely ignores Section 3624(c)(2), and treat it as it doesn't exist, BOP staff laugh at the term "Home Confinement" while the legislatures had spelled it out into law, BOP has been retaliating against inmates who Earn Enough FTCs to apply towards RRC/HC by blatantly lying to Inmates face and claim that their RRC/HC placement duration "includes" their Earned FTCs while BOP knows that this is a straight lie and clear misrepresentation.

## Supporting facts:

Inmates with enough FTCs shall be applying the first 365 FTCs toward Early Release, however inmates with additional FTCs beyond 365 FTCs, shall be able to use these FTCs in ADDITION to RRC / HC duration of placement. BOP is doing the oppsite.

## D.    Ground four:

_____

_____

_____

_____

_____

**Attachment A**

Supporting facts:

_____
_____
_____
_____
_____

13.    Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____N/A_____
_____
_____
_____
_____

14.    If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A.    Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

☒ Yes        ☐ No

1.    If your answer to "A" above was yes, what was the result:

✓ 1- BP-8 was filed with the Unit's Manager on October 10, 2022 (EXH-A).
   Result : Denied on October 22, 2022 (EXH-A1).

✓ 2- BP-9 was filed with the Institution's Warden on October 24, 2022 (EXH-B).
   Result : Denied on November 18, 2022 (EXH-B1).

✓ 3- BP-10 was filed with the BOP Regional Director on November 28, 2022 (EXH-C). Mailed (12/2/2022)
   Result : Denied on February 3,2023 (EXH-C1).

✓ 4- BP-11 Filed with BOP General Counsel of January 25, 2023 (EXH-D), because Petitioner had waited the Maximum period allowed (60 Days) by BOP to respond to his BP-10 ( 11/18/2022 - 1/25/2023 ).

✓ 5- Additional BP-11 was Filed upon receipt of BP-10 Denial on February 3, 2023 (EXH-D1). Petitioner is now awaiting to receive the Expected Denial.

✓ 6- On February 23, 2023 Petitioner received a Request for (Copy BP-10 Denial), in abundance of conflict, a still further Supplemental (Rejected-D) BP-11 with Documents was Mailed out on February 23, 2023.

   7- This concludes All BOP available "Administrative Remedies", at all levels.

**Attachment A**

2.     If your answer to "A" above was no, explain:

_____
_____
_____

B.     If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒     Yes          ☐     No

1.     If your answer to "B" above was yes, what was the result:

_____

*See # 14 / Administrative Remedies and Results*

2.     If your answer to "B" above was no, explain:

_____
_____
_____

15.     Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1.     Make **no** legal arguments.
2.     Cite **no** cases or statutes.

1- Order BOP to Re-Calculate Petitioner's FTCs using the Correct Time Factor 15 FTCs / 30 Days Programming.

2- Order BOP to Update Petitioner's Projected Release Date, to reflect the Correct Amount of FTCs applied.

3- Order BOP to Provide Petitioner with an Updated and Certified amount of FTCs he had Earned and will earn between February 28, 2022 and November 7, 2024. (Using the Correct Time Factor 15FTCs/30 Days).

4- Order BOP to Update Petitioner's Home Detention Eligibility, using the correct amount of FTCs earned and the Potential available FTCs, as well as providing Petitioner with the Updated H.D.E Date.

5- Order BOP to ensure that Petitioner doesn't get retaliated against, or get prejudiced based on his Race and his Religious Beliefs.

6- Order BOP that Petitioner is treated Equally under the Equal Protection Clause, when time come for Petitioner's Recommendation for Halfway and Home Confinement.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

N/A

Signed this __10th__ day of __MARCH__, __2023__.
         (day)              (month)              (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __3/ 16 / 2023__    _____
                                        Your Signature